UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Brent W. Newton and Jodi K. Newton, individually and on behalf of all others similarly situated, | Civil No. 06-4698 (PAM/JSM) |
| Plaintiffs, | |
| v. | **ORDER** |
| Daniel W. Fram and Peterson, Fram & Bergman, a Minnesota professional association, | |
| Defendants. | |

On May 22, 2007, the parties jointly filed a Stipulation of Dismissal with Prejudice (Docket No. 17). Based on the Stipulation and pursuant to Federal Rule of Civil Procedure 41(a)(1), **IT IS HEREBY ORDERED** that:

1. This action is **DISMISSED with prejudice**; and

2. The Clerk shall terminate all previously scheduled deadlines and pending motions as moot.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: May 29, 2007

s/ Paul A. Magnuson
Paul A. Magnuson
United States District Court Judge