**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| Brent W. Newton and Jodi K. Newton, individually, and on behalf of all others similarly situated, | **Civil File No. 06-cv-4698 PAM/JSM** |
| Plaintiffs, | |
| vs. | **ORDER** |
| Daniel W. Fram and Peterson, Fram & Bergman, a Minnesota Professional Association, | |
| Defendants. | |

## ORDER FOR JUDGMENT OF DISMISSAL

**IT IS HEREBY ORDERED** that judgment shall be entered dismissing the Complaint on its merits with prejudice and without costs, disbursements or attorney's fees to any party.

**IT IS FURTHER ORDERED** that there being no just reason for delay **JUDGMENT SHALL BE ENTERED ACCORDINGLY.**

BY THE COURT

Dated: May 31, 2007

s/Paul A. Magnuson
The Honorable Paul A. Magnuson
Judge of United States District Court